**No. 10-10343. Benjamin Quinonez, Petitioner v. United States.**

563 U.S. 1040, 131 S. Ct. 2977, 180 L. Ed. 2d 259, 2011 U.S. LEXIS 4356.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10346. Everette Simmons, Petitioner v. United States.**

563 U.S. 1040, 131 S. Ct. 2978, 180 L. Ed. 2d 259, 2011 U.S. LEXIS 4283.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 404 Fed. Appx. 100.

**No. 10-10348. Pierre M. Rodriguez, Petitioner v. United States.**

563 U.S. 1040, 131 S. Ct. 2978, 180 L. Ed. 2d 259, 2011 U.S. LEXIS 4361.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 409 Fed. Appx. 866.

**No. 10-10349. Juan Cortes-Meza, aka Juan Cortes Meza, Petitioner v. United States.**

563 U.S. 1040, 131 S. Ct. 2978, 180 L. Ed. 2d 259, 2011 U.S. LEXIS 4208.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 411 Fed. Appx. 284.

**No. 10-10353. David Shelby, Petitioner v. Bob Whitehouse, et al.**

563 U.S. 1040, 131 S. Ct. 2978, 180 L. Ed. 2d 259, 2011 U.S. LEXIS 4272.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 399 Fed. Appx. 121.

**No. 10-10359. Hector Herrera-Sifuentes, Petitioner v. United States.**

563 U.S. 1040, 131 S. Ct. 2978, 180 L. Ed. 2d 259, 2011 U.S. LEXIS 4215.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 627 F.3d 161.

**No. 10-10360. Alfredo Infantas-Salas, Petitioner v. United States.**

563 U.S. 1040, 131 S. Ct. 2979, 180 L. Ed. 2d 259, 2011 U.S. LEXIS 4349.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-10363. Johnny Graham, Petitioner v. United States.**

563 U.S. 1040, 131 S. Ct. 2979, 180 L. Ed. 2d 259, 2011 U.S. LEXIS 4345.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 408 Fed. Appx. 976.